THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GRANT O. BEALE, Appellant.

(Submitted January 23, 1934; decided February 27, 1934.)

*Grant O. Beale,* in person, for appellant.

*Charles B. Brasser, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.